Form 294

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 08−81897

IN THE MATTER OF:
Tanessa N. Budd    xxx−xx−0803
aka Tanessa Norris Budd

1823 Glenn School Road
Durham, NC 27704

   Debtor(s)

## CLERK'S NOTICE OF BANKRUPTCY ADMINISTRATOR'S STATEMENT THAT NO PRESUMPTION OF ABUSE HAS ARISEN UNDER 11 U.S.C. § 707(b)(2)

As required by 11 U.S.C. § 704(b)(1)(A), the Bankruptcy Administrator has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2), and, pursuant to 11 U.S.C. § 704(b)(2) and § 707(b)(2), the Bankruptcy Administrator has determined that the debtor's(s') case is not presumed to be an abuse of the provisions of Chapter 7 under 11 U.S.C. s 707(b)(2).

Dated: 12/15/08                                                     Reid Wilcox
                                                           _____
                                                              CLERK OF COURT